**ORIGINAL**

# In the United States Court of Federal Claims

No. 07-328C
(Filed March 22, 2016)

**FILED**
MAR 22 2016
U.S. COURT OF
FEDERAL CLAIMS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MURRAY R. BERKOWITZ,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

As discussed during today's status conference, plaintiff does not oppose defendant's motion to dismiss the case, as he has received all the relief to which he was entitled under the September 4, 2014 Memorandum Opinion and Order. Thus, the government's motion is **GRANTED** and the case is **DISMISSED**. The Clerk is directed to enter judgment accordingly. No costs shall be awarded.

**IT IS SO ORDERED.**

_____
VICTOR J. WOLSKI
Judge